1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  VICTOR A. DELA CRUZ and MARY M.    )
   DELA CRUZ,                         )    2:11-cv-01176-GEB-DAD
9                                     )
                  Plaintiffs,         )
10          v.                        )    ORDER OF DISMISSAL
                                      )
11                                    )
   WASHINGTON MUTUAL BANK; FEDERAL    )
12 DEPOSIT INSURANCE COMPANY; JP      )
   MORGAN CHASE, NATIONAL             )
13 ASSOCIATION; WELLS FARGO BANK,     )
   NATIONAL ASSOCIATION AS TRUSTEE    )
14 FOR WAMU MORTGAGE PASSTHROUGH      )
   CERTIFICATES SERIES 2006-PR1       )
15 TRUST; CALIFORNIA RECONVEYANCE     )
   COMPANY; and DOES 1-100,           )
16 inclusive,                         )
                                      )
17               Defendants.*         )
   _____   )

18

19          Plaintiffs were required to respond to an Order filed November

20 8, 2011, by either filing proof that Defendants Edward Py Jen Yuan dba

21 Imperial Mortgage and Imperial Development Inc. were served with process

22 or a document explaining why service was not effected within Federal

23 Rule of Civil Procedure 4(m)'s prescribed service period. (ECF No. 30.)

24 This filing was due no later than November 18, 2011. Id.  The November

25 8, 2011 Order warned Plaintiff that failure to make the required showing

26 by the deadline "may result" in these Defendants being dismissed from

27 this action.

28
   _____
        *      The caption has been amended according to this Order.

                                   1

1          Plaintiff failed to respond to the November 8, 2011 Order by

2    this deadline. Therefore, Defendants Edward Py Jen Yuan dba Imperial

3    Mortgage and Imperial Development Inc. are dismissed from this action

4    without prejudice.

5          IT IS SO ORDERED.

6    Dated:  November 21, 2011

7

8                          GARLAND E. BURRELL, JR.

9                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28