IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. DELA CRUZ and MARY M. DELA CRUZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK; FEDERAL DEPOSIT INSURANCE COMPANY; JP MORGAN CHASE, NATIONAL ASSOCIATION; WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2006-PR1 TRUST; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1-100, inclusive,<br><br>　　　　　Defendants.* | 2:11-cv-01176-GEB-DAD<br><br>ORDER OF DISMISSAL |

　　　　Plaintiffs were required to respond to an Order filed November 8, 2011, by either filing proof that Defendants Edward Py Jen Yuan dba Imperial Mortgage and Imperial Development Inc. were served with process or a document explaining why service was not effected within Federal Rule of Civil Procedure 4(m)'s prescribed service period. (ECF No. 30.) This filing was due no later than November 18, 2011. Id. The November 8, 2011 Order warned Plaintiff that failure to make the required showing by the deadline "may result" in these Defendants being dismissed from this action.

---

　　　*　　The caption has been amended according to this Order.

1

Plaintiff failed to respond to the November 8, 2011 Order by this deadline. Therefore, Defendants Edward Py Jen Yuan dba Imperial Mortgage and Imperial Development Inc. are dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: November 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge