IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor A. Dela Cruz, Mary M. Dela Cruz,<br><br>           Plaintiffs,<br><br>      v.<br><br>Washington Mutual Bank, Federal Deposit Insurance Corporation, JP Morgan Chase, N.A., Wells Fargo Bank, N.A., California Reconveyance Company,<br><br>           Defendants.<br>_____ | 2:11-cv-1176-GEB-DED<br><br><br><br><br><br>ORDER |

An order issued on February 15, 2012, granting Defendant Federal Deposit Insurance Corporation's ("FDIC") Federal Rule of Civil Procedure 12(b)(1) motion to dismiss for lack of jurisdiction. (ECF No. 34.) This dismissal was without prejudice and Plaintiffs were granted five court (5) days leave from the date on which the order was filed "to file an amended complaint for the limited purpose of alleging exhaustion of FIRREA's administrative claims procedure, if this occurred." Id. Further, Plaintiffs were informed in the February 15, 2012 Order: "If Plaintiffs do not amend their complaint as stated within this time period, this dismissal will be with prejudice and the Court will direct the Clerk of Court to enter judgment in favor of the FDIC, and to remand the case to the Superior Court of California in the County of Sacramento from which it was removed." Id. Since Plaintiffs did not file an amended complaint within the prescribed time period, their claims against FDIC

1

1 | are dismissed with prejudice for lack of jurisdiction. Further, the
2 | Clerk of Court shall enter judgment in favor of FDIC and remand the case
3 | to the Superior Court of California in the County of Sacramento from
4 | which it was removed.

Dated:  February 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge