1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                     FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    Victor A. Dela Cruz, Mary M.    )
     Dela Cruz,                      )      2:11-cv-1176-GEB-DED
8                                    )
                   Plaintiffs,       )
9                                    )
              v.                     )
10                                   )      ORDER
     Washington Mutual Bank, Federal )
11   Deposit Insurance Corporation,  )
     JP Morgan Chase, N.A., Wells    )
12   Fargo Bank, N.A., California    )
     Reconveyance Company,           )
13                                   )
                   Defendants.       )
14   _____ )

15           An order issued on February 15, 2012, granting Defendant

16   Federal Deposit Insurance Corporation's ("FDIC") Federal Rule of Civil

17   Procedure 12(b)(1) motion to dismiss for lack of jurisdiction. (ECF No.

18   34.) This dismissal was without prejudice and Plaintiffs were granted

19   five court (5) days leave from the date on which the order was filed "to

20   file an amended complaint for the limited purpose of alleging exhaustion

21   of FIRREA's administrative claims procedure, if this occurred." Id.

22   Further, Plaintiffs were informed in the February 15, 2012 Order: "If

23   Plaintiffs do not amend their complaint as stated within this time

24   period, this dismissal will be with prejudice and the Court will direct

25   the Clerk of Court to enter judgment in favor of the FDIC, and to remand

26   the case to the Superior Court of California in the County of Sacramento

27   from which it was removed." Id. Since Plaintiffs did not file an amended

28   complaint within the prescribed time period, their claims against FDIC

                                      1

1  are dismissed with prejudice for lack of jurisdiction. Further, the

2  Clerk of Court shall enter judgment in favor of FDIC and remand the case

3  to the Superior Court of California in the County of Sacramento from

4  which it was removed.

5  Dated:  February 24, 2012

6

7  _____
   GARLAND E. BURRELL, JR.

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28